IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANGELA WOODHULL,

    Plaintiff,

vs.                                                        CASE NO. 1:08cv151-SPM/AK

SHIRLEY MASCARELLA,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 3, 2008 (doc. 14). The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 14) is ADOPTED and incorporated by reference in this order.

2.    The motion to dismiss (doc. 10) is denied without prejudice.

3. This case is referred to the magistrate judge for further proceedings.

DONE AND ORDERED this 18th day of December, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

CASE NO. 1:08cv151-SPM/AK